1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11   PATRICIA A. BELL,                )   NO. ED CV 06-0298 FMO
                                      )
12              Plaintiff,            )
                                      )
13        v.                          )   **JUDGMENT**
                                      )
14   MICHAEL J. ASTRUE,               )
     COMMISSIONER OF SOCIAL           )
15   SECURITY ADMINISTRATION,         )
                                      )
16              Defendant.            )
     ─────────────────────────────── )
17
18        **IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees in the amount of

19   Seven-Thousand, One-Hundred and Eighty-One dollars and eighty-three cents ($7,181.83),

20   pursuant to 42 U.S.C. § 406(b).  In light of the previous payment of EAJA fees, Bill LaTour shall

21   reimburse plaintiff the amount of Four-Thousand, Eight-Hundred dollars and zero cents

22   ($4,800.00).

23   Dated this 20th day of July, 2009.

24                                        ─────────────────────────────
                                                        /s/
                                          Fernando M. Olguin
25                                        United States Magistrate Judge

26
27
28